Suzanne C. Leidner, Esq. (CSB #090387)
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel. 323 664-5670/Fax: 323 662-0840
Email: SCLeidner@sbcglobal.net

Counsel for Plaintiff LAURIE CLAYTON

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE CLAYTON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | No. CV 07 02827 JC<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under EAJA in the amount THREE THOUSAND DOLLARS and 00/cents ($3,000.00), as authorized by 28 U.S.C. §2412(d), and subject to the terms of the above-referenced Stipulation.

Dated: March 4, 2009

                                    /s/
                        _____
                        JACQUELINE CHOOLJIAN
                        UNITED STATES MAGISTRATE JUDGE

-1-